UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF RICHARD FRUSHER and CECELIA FRUSHER, Administrator of the Estate of Richard Frusher | ) | CA 07 475 S |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07- |
| Abt ASSOCIATES, INC., Alias | ) | |
| Defendants. | ) | |

**PETITION FOR REMOVAL**

Abt Associates, Inc. ("Abt"), Defendant in the above-entitled cause, for the purpose only of removing this cause to the United States District Court for the District of Rhode Island, state:

1. **State Court Action.** This is an action filed on or about November 27, 2007 in the Superior Court, County of Providence, State of Rhode Island, being numbered C.A. No. PC07-6310, on the docket of said Court and being a suit by the Estate of Richard Frusher and Cecelia Frusher, Administrator of the Estate of Richard Frusher ("Frusher") against Defendant.

2. **Federal Jurisdiction.** As alleged in paragraph 1 of the Complaint, Plaintiff resides in Cranston, Rhode Island. Abt is a Massachusetts corporation, and has its principal place of business in Massachusetts.

Accordingly, this Court has original jurisdiction over this matter based upon diversity of citizenship pursuant to 28 U.S.C. § 1332(a).

3. **Timeliness of Removal Petition.** Defendants were served with a copy of the Complaint on or about December 5, 2007. Removal of this action is therefore timely under 28 U.S.C. § 1446(b).

4. **Relief Requested.** Defendants respectfully request that the United States District Court for the District of Rhode Island accept this Petition for Removal, and that it assume jurisdiction of this cause and issue such further orders and processes as may be necessary to bring before it all parties necessary for the trial hereof.

ABT ASSOCIATES,INC.

By its Attorney,

Mark Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
Telephone: (401) 274-9200
Facsimile: (401) 276-6611

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on the 21st day of December, 2007 I caused a true copy of the within Petition for Removal to be served by first class mail, postage prepaid, to the following:

Seth A. Perlmutter
949 Park Avenue
Cranston, RI 02910