STATE OF RHODE ISLAND AND PROVIDENCE PLANTATIONS
SUPERIOR COURT
CIVIL DOCKET SHEET

Case ID: PC-2007-6310 ESTATE OF RICHARD FRUSHER V ABT ASSOCIATES

Filing Date: 11-27-2007 Case Type: CONTRACT DAMAGES
Case Status: CLOSED DURING DISCOVERY Status Date: 12-21-2007

Plaintiff: ESTATE OF RICHARD FRUSHER Attorney: SETH PERLMUTTER
ID: @10945011
Plaintiff: CECELIA FRUSHER Attorney: SETH PERLMUTTER
ID: @10945012
Defendant: ABT ASSOCIATES INC
ID: @10945013

Scheduled Events

| Date | Event | Location | Judge |
|---|---|---|---|

Prior Events

| Date | Event | Location | Judge |
|---|---|---|---|

Case Jacket

| Checked Out | Returned | Person | Comments/Text |
|---|---|---|---|

Docket Entry Information

| Date | Description | Text |
|---|---|---|
| 11-27-2007 | COMPLAINT FILED | |
| 11-27-2007 | INITIAL FILING FEE | |
| 11-27-2007 | Payment Applied | A Payment of -$160.00 was made on receipt SCP261123. |
| 12-21-2007 | NOTICE OF REMOVAL | Affiliated: ABT ASSOCIATES INC |
| 12-21-2007 | CASE REMVD TO US DISTRICT CT | US DISTRICT COURT #CA 07 475S |
| 12-21-2007 | OTH DOC FILED DURING DISCOV | |

True Copy Attest
Clerk Superior Court
Providence & Bristol
Rhode Island