UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF RICHARD FRUSHER and CECELIA FRUSHER, Administrator of the Estate of Richard Frusher | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-475 |
| ABT ASSOCIATES, INC., Alias | ) | |
| Defendants. | ) | |

**STIPULATION**

The parties hereby stipulate and agree that defendant may have until and including January 25, 2008 to answer or otherwise respond to the Complaint in this action.

January 8, 2008
Date

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
Edwards Angell Palmer & Dodge LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200
Fax 401.276.6611

January 8, 2008
Date

/s/ Seth A. Perlmutter
Seth A. Perlmutter (#1735)
Perlmutter Law
949 Park Avenue
Cranston, RI 02910
401.461.8880
Fax 401.461.8902