UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF RICHARD FRUSHER and CECELIA FRUSHER, Administrator of the Estate of Richard Frusher | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-475 |
| ABT ASSOCIATES, INC., Alias | ) | |
| Defendants. | ) | |

**ASSENTED-TO MOTION FOR EXTENSION OF TIME**

Defendant Abt Associates, Inc. ("ABT"), with the assent of the plaintiff, hereby moves for a seven-day extension of time, to and including February 1, 2008, to answer or otherwise respond to the Complaint in this matter.

In support of this motion, ABT states that the additional time is needed because of other commitments on the part of its counsel, including commitments to matters pending before this Court.

**Conclusion**

For the foregoing reasons, ABT's deadline for responding to the Complaint should be extended to February 1, 2008.

January 25, 2008

ABT ASSOCIATES, INC.

By its Attorneys,

/s/ Mark A. Pogue
Mark A. Pogue (#3441)
EDWARDS ANGELL PALMER & DODGE LLP
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276-6611 Telecopy

**Certificate of Service**

I hereby certify that on this 25th day of January, 2008 a copy of the foregoing Assented-To Motion For Extension of Time was served by ECF to:

Seth A. Perlmutter, Esq.
Perlmutter Law
949 Park Avenue
Cranston, RI 02910

/s/ Mark A. Pogue