UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF RICHARD FRUSHER and CECELIA FRUSHER, Administrator of the Estate of Richard Frusher, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-475 |
| ABT ASSOCIATES, INC., Alias, | ) | |
| Defendant. | ) | |

**ENTRY OF APPEARANCE**

I, Heather A. Pierce, hereby enter my appearance on behalf of Defendant, ABT ASSOCIATES, INC., in the above-captioned matter.

ABT ASSOCIATES, INC.,

By its Attorneys,

/s/ Heather A. Pierce _______________
Mark A. Pogue (#3441)
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276.6611 (fax)

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of August, 2008, I forwarded a true and accurate copy of the within Entry of Appearance to the following:

Seth A. Perlmutter, Esquire
Perlmutter Law
949 Park Avenue
Cranston, RI 02910

/s/ Heather A. Pierce____________