UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

| | | |
|---|---|---|
| ESTATE OF RICHARD FRUSHER and CECELIA FRUSHER, Administrator of the Estate of Richard Frusher, | ) | |
| Plaintiffs, | ) | |
| v. | ) | C.A. No. 07-475 |
| ABT ASSOCIATES, INC., Alias, | ) | |
| Defendant. | ) | |

**DEFENDANT ABT ASSOCIATES, INC.'S MOTION TO COMPEL RESPONSES TO ITS FIRST SET OF INTERROGATORIES AND FIRST SET OF REQUESTS FOR THE PRODUCTION OF DOCUMENTS PROPOUNDED TO PLAINTIFFS**

Defendant Abt Associates, Inc. ("Abt") hereby moves this Court for an Order pursuant to Rule 37 of the Federal Rules of Civil Procedure, compelling Plaintiffs Estate of Richard Frusher and Cecelia Frusher, Administrator of the Estate of Richard Frusher, ("Frusher") to respond to Abt's First Set of Interrogatories and First Set of Requests for the Production of Documents.

In support of its Motion, Abt states that on or about May 29, 2008, Abt propounded to Frusher its First Set of Interrogatories and First Set of Requests for the Production of Documents. Pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure, Frusher was obligated to respond to this written discovery on or about July 3, 2008. As of the date of this Motion, Abt has yet to receive responses to this written discovery. Accordingly, pursuant to Rule 37 of the Federal Rules of Civil Procedure, Abt hereby requests that this Court enter an Order compelling Frusher to produce responses to Abt's First Set of Interrogatories and First Set of Requests for the Production of Documents within fourteen (14) days of the Order.

ABT ASSOCIATES, INC.,

By its Attorneys,

/s/ Heather A. Pierce _______________
Mark A. Pogue (#3441)
Heather A. Pierce (#7345)
EDWARDS ANGELL PALMER & DODGE
2800 Financial Plaza
Providence, RI 02903
401.274.9200
401.276.6611 (fax)

## RULE 37 CERTIFICATION

I hereby certify that I made good faith efforts to obtain the foregoing discovery without court action.

/s/ Heather A. Pierce___________

## CERTIFICATE OF SERVICE

I hereby certify that on the 21st day of August 2008, I caused a true copy of the foregoing Motion to Compel to be served by ECF to:

Seth A. Perlmutter, Esq.
Perlmutter Law
949 Park Avenue
Cranston, RI 02910

/s/ Heather A. Pierce___________